COMMONWEALTH *vs.* FREDERICK SHEFFIELD. January 29, 1980. The appeal is from the order of a single justice denying the relief sought by the defendant under G. L. c. 279, § 4 (as most recently amended by St. 1979, c. 344, § 49), and Mass.R.Crim.P. 31(a), 378 Mass. 902 (1979). A perusal of the record before the single justice, of his order and of the twenty-seven lines of argument in the defendant's brief on appeal leaves us unpersuaded that the single justice erred in concluding that "the [defendant] has not demonstrated a reasonable likelihood of success on appeal as that standard is defined in *Commonwealth* v. *Levin*, 7 Mass. App. Ct. 501, 503 (1979), and *Commonwealth* v. *Allen*, 378 Mass. 489, 499 (1979), so as to warrant a stay."

*Order affirmed*

The case was submitted on briefs.
*Robert L. Sheketoff* for the defendant.
*William D. Delahunt*, District Attorney, *Charles J. Hely & Sydney Hanlon*, Assistant District Attorneys, for the Commonwealth.